UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AARON KILLGORE,

        Plaintiff,

    v.

SPECPRO PROFESSIONAL SERVICES, LLC,

        Defendant.

Case No. 5:18-cv-03413-EJD

**CORRECTED PRETRIAL ORDER (JURY)**

Re: Dkt. No. 26

This Order corrects the date of the hearing on anticipated dispositive motions, but is otherwise unchanged from the previous Pretrial Order.

The above-entitled action is scheduled for a Trial Setting Conference on September 12, 2019. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the parties shall participate in mediation no later than October 4, 2019.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | September 24, 2019 |
| Designation of Opening Experts with Reports | October 15, 2019 |
| Designation of Rebuttal Experts with Reports | October 29, 2019 |
| Expert Discovery Cutoff | November 12, 2019 |
| Dispositive Motion Deadline (*see Section IV and V of Standing Order for Civil Cases*) | October 17, 2019 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on December 19, 2019 |

| Motions *in Limine* | April 23, 2020 |
| Joint Final Pretrial Conference Statement and Exchange of Exhibits | April 30, 2020 |
| Voir Dire Questions, Proposed Jury Instructions, Oppositions to Motions *in Limine* and Proposed Jury Verdict Forms | May 4, 2020 |
| Final Pretrial Conference | 11:00 a.m. on May 14, 2020 |
| Trial Exhibits | May 26, 2020 |
| Jury Selection | 9:00 a.m. on June 2, 2020 |
| Jury Trial[1] | June 2-3, 5, 9-10, 2020 |
| Jury Deliberations | June 11-12, 15, 2020 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: September 4, 2019

EDWARD J. DAVILA
United States District Judge

---

[1]    Jury trials are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:18-cv-03413-EJD
PRETRIAL ORDER (JURY)